UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Patrick Quinn, et al.
                                                Plaintiff,
v.                                              Case No.: 1:16−cv−09514
                                                Honorable Elaine E. Bucklo
Board of Education of the City of Chicago, et al.
                                                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2016:

    MINUTE entry before the Honorable Elaine E. Bucklo: Scheduling conference set for 12/9/2016 at 09:00 AM. Rule 26(f) planning report due 12/7/2016. (The form of the report can be found on Judge Bucklo's page at www.ilnd.uscourts.gov.) Mailed notice (reg)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.