## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PATRICK QUINN, IRENE ROBINSON,
ANTWAIN MILLER, MARC KAPLAN,
CHRISTOPHER BALL, DANIEL
MORALES-DOYLE, AND JITU BROWN

      Plaintiffs,

v.

BOARD OF EDUCATION OF THE CITY
OF CHICAGO; JAMES MEEKS, STEVEN
GILFORD, MELINDA LABARRE, CURT
BRADSHAW, LULA FORD, CRAIG
LINDVAHL, ELIGIO CERDA PIMENTEL,
CESILIE PRICE, AND JOHN SANDERS,
MEMBERS TO THE ILLINOIS STATE
BOARD OF EDUCATION, IN THEIR
OFFICIAL CAPACITIES, AND STATE OF
ILLINOIS

      Defendants.

Case No. 2016-cv- 9514

Judge Elaine E. Bucklo

Magistrate Judge Sheila Finnegan

### NOTICE OF MOTION

To:    See Attached Service List

On **November 9, 2016** at **9:00 a.m**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Elaine E. Bucklo. in Courtroom 2243, or before any other judge who may be sitting in her stead, at the United States Courthouse, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached *Defendants' Joint Motion to Extend Deadline to Answer or Otherwise Plead.*

Dated: November 2, 2016

      Respectfully submitted,

      CHICAGO BOARD OF EDUCATION

      By: /s/ *Stephen H. Pugh*
          One of their Attorneys

      Pugh, Jones & Johnson, P.C.
      180 North LaSalle Street, Suite 3400
      Chicago, Illinois 60601
      Telephone: (312) 768-7800
      Facsimile: (312) 768-7801

      MEMBERS OF THE ILLINOIS STATE BOARD
      OF EDUCATION AND THE STATE OF
      ILLINOIS

By:     /s/ *Sarah H. Newman*
        SARAH H. NEWMAN
        Assistant Attorney General
        General Law Bureau
        100 West Randolph Street, 13th Floor
        Chicago, Illinois 60601
        (312) 814-6131
        snewman@atg.state.il.us

## <u>CERTIFICATE OF SERVICE</u>

I, Stephen H. Pugh, an attorney, certify that I caused a copy of the foregoing ***Notice of Motion*** to be served upon the below-listed individual(s), by depositing the same in the U.S. Mail box at 180 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, same-day personal delivery by messenger, FedEx overnight delivery, facsimile transmitted from (312) 768-7801, electronic mail, or Case Management/Electronic Case Filing System ("CM/ECF"), as indicated below, on November 2, 2016.

|  |  |
|---|---|
|  | ***Attorneys for Plaintiffs*** |
| ☒ CM/ECF | Sean Morales-Doyle |
| ☐ Facsimile/____ Pages | Despres, Schwartz & Geoghegan, Ltd. |
| ☐ Federal Express | 77 West Washington Street |
| ☐ U.S. Mail | Suite 711 |
| ☐ Messenger | Chicago, Illinois 60602 |
| ☐ Electronic mail | (312) 372-2511 |

By:    /s/ *Stephen H. Pugh*            _____