IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK QUINN, IRENE ROBINSON, ANTWAIN MILLER, MARC KAPLAN, CHRISTOPHER BALL, DANIEL MORALES-DOYLE, and JITU BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> BOARD OF EDUCATION OF THE CITY OF CHICAGO, *et al.*, <br><br> Defendants. | No. 16-cv-9514 <br><br> The Honorable Elaine E. Bucklo |

## NOTICE OF MOTIONS

**TO:**

Steven H. Pugh
Pugh, Jones & Johnson, P.C.
180 North LaSalle Street, Suite 3400
Chicago, Illinois 60601

Sarah H. Newman
Assistant Attorney General
General Law Bureau
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on **Monday, December 5, 2016, at 9:00 a.m.,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her stead in **Courtroom 2243** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the **Motion for Preliminary Injunction and Motion for Leave to File a Brief in Excess of 15 Pages**, attached hereto.

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 30, 2016, I provided service to the person or persons listed above by electronic means.

                                                                                    s/ Sean Morales-Doyle
                                                                                      One of Plaintiffs' Attorneys

Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511
smoralesdoyle@dsgchicago.com