# SCHOOL AND DISTRICTS

## A Profile of Illinois Public Schools in 2014-15
### Selections from School Report Card Files
### (regular public schools only)

### SUMMARY

**859 districts (regular public)**          **85.3% graduation rate**
**3,764 schools**                           **2.3% dropout rate**
**2,054,556 students**                      **12% mobility rate**
**54.2% low-income enrollment**             **10.3% LEP enrollment**

### TRENDS

**Number of school districts declined.** The number of operating school districts declined from 879 in 2005 to 859 in 2015; there were 373 elementary districts, 99 high school districts and 387 unit districts.

**Decrease in the number of public schools.** The number of public schools decreased from 3,884 in 2005 to 3,764 in 2015. These figures include charter schools and regular public schools that issue school report cards.

**Slight increase in average school size.** The average school size increased from 531 in 2005 to 546 in 2015.

**Student enrollment decreased.** Student enrollment in regular Illinois public schools decreased from 2,062,912 in 2005 to 2,054,556 in 2015, according to the Illinois Report Card enrollment figures. Report Card enrollment is taken as of Oct. 1 and must be verified by the district superintendent. Student enrollment has been based on the home school since 2011.

**Low-income enrollment exceeded 50 percent.** Low-income students increased from 40 percent of the enrollment in 2005 to 54.2 percent in 2015. Pupils are considered low-income if they are from families receiving public aid, are living in institutions for neglected or delinquent children, are being supported in foster homes with public funds, or are eligible for free or reduced-price lunches.

**Mobility rate declined.** The mobility rate declined from 16.1 percent in 2005 to 12 percent in 2015. The mobility rate is the sum of the students transferred out and students transferred in, divided by the average daily enrollment, multiplied by 100. A student may be counted more than once, depending on the number of transfers the student makes in the year.

**Percentage of minority students exceeded 50 percent.** Students who are Black, Hispanic, Asian, American Indian or Alaskan Native, Hawaiian or Other Pacific Islander, or Two or More Races made up 50.7 percent of the enrollment in 2015, up from 43.3 percent in 2005. The increase is mainly among Hispanic, Asian, and Two or More Races students.

19

**LEP students increased in last decade.** The percentage of Limited English Proficient (LEP) students increased from 6.6 percent in 2005 to 10.3 percent in 2015. LEP students include those who are eligible for bilingual education.

**Dropout rate declined.** The dropout rate declined from 4 percent in 2005 to 2.3 percent in 2015. Dropouts include students in grades 9-12 whose names have been removed from the district roster for any reason other than death, extended illness, graduation/completion of a program of studies, transfer to another school, or expulsion.

**Increase in chronic truancy rate.** The chronic truancy rate was 8.7 percent in 2015, compared to 2.2 percent reported for 2005. Chronic truants include students subject to compulsory attendance who have been absent without valid cause for 5 percent (nine or more) of the past 180 school days. The definition of chronic truants was changed in 2011. Prior to 2011, chronic truants were defined as missing 10 percent of the previous 180 days.

**Average class size declined at most levels.** Between 2005 and 2015, the average class sizes for:
    Kindergarten decreased from 20.9 to 20.7
    Grade 1 increased from 21.5 to 21.6
    Grade 3 increased from 22.3 to 22.4
    Grade 6 decreased from 23.4 to 22.7
    Grade 8 decreased from 22.9 to 22.2
    High School (grades 9-12) decreased from 19.7 to 19.4

**Slight change in the percentage of Non-White teachers in the last decade.** Non-White accounted for 17.5 percent of the classroom teachers in 2015 compared to 16 percent in 2005. Non-White teachers include those who are Black, Hispanic, Asian, American Indian or Alaskan Native, Hawaiian or Other Pacific Islander, Two or More Races, or unknown.

**Slight decrease in the percentage of male classroom teachers.** There is a downward trend in the percentage of male teachers, declining from 23.5 percent of the teaching force in 2005 to 23.2 percent in 2015.

**Percentage of teachers with graduate degrees increased.** In 2015, teachers who had a master's degree or higher accounted for 61.1 percent of the classroom teachers in Illinois public schools, up from 49.1 percent in 2005.

**Pupil-teacher ratio declined at the elementary level and increased at the secondary level.** Between 2005 and 2015, the elementary pupil-teacher ratio declined from 18.9:1 to 18.5:1 while the secondary pupil-teacher ratio increased from 18.1:1 to 18.4:1.

**Graduation rate decreased.** The four-year graduation rate in 2015 was 85.3 percent, down from 87.4 percent in 2005.

## Illinois Public School Districts by Type
**(105 ILCS 5/2-3.11)**

| School Year | Elementary Districts | Secondary Districts[a] | Unit Districts | Total Districts[b] |
|---|---|---|---|---|
| 2014-15 | 373 | 99 | 387 | 859 |
| 2013-14 | 375 | 100 | 388 | 863 |
| 2012-13 | 375 | 99 | 389 | 863 |
| 2011-12 | 377 | 99 | 390 | 866 |
| 2010-11 | 378 | 101 | 388 | 867 |
| 2009-10 | 378 | 100 | 390 | 868 |
| 2008-09 | 378 | 100 | 390 | 868 |
| 2007-08 | 378 | 100 | 390 | 868 |
| 2006-07 | 376 | 100 | 395 | 871 |
| 2005-06 | 377 | 100 | 396 | 873 |
| 2004-05 | 379 | 101 | 399 | 879 |
| 2003-04 | 381 | 101 | 405 | 887 |
| 2002-03 | 383 | 103 | 407 | 893 |
| 2001-02 | 383 | 103 | 407 | 893 |
| 2000-01 | 383 | 103 | 408 | 894 |
| 1999-00 | 384 | 103 | 409 | 896 |
| 1998-99 | 385 | 104 | 408 | 897 |
| 1997-98 | 388 | 106 | 406 | 900 |
| 1996-97 | 392 | 107 | 405 | 904 |
| 1995-96 | 392 | 107 | 408 | 907 |

[a] Does not include one non-operating district.
[b] Does not include five state-operated school systems: the Illinois Department of Corrections/ Juvenile Justice school district, two state laboratory schools, the Illinois Mathematics and Science Academy, and the Illinois Department of Rehabilitation state schools.

Data source: CDS File Record Counts.

**Comparison of Public School Districts by Type and Enrollment**
**2004-05 and 2014-15**
(105 ILCS 5/2-3.11)

| District Enrollment | Elementary Districts 04-05 | Elementary Districts 14-15 | Secondary Districts 04-05 | Secondary Districts 14-15 | Unit Districts 04-05 | Unit Districts 14-15 | Total Districts* 04-05 | Total Districts* 14-15 |
|---|---|---|---|---|---|---|---|---|
| 25,000 or more | 0 | 0 | 0 | 0 | 4 | 5 | 4 | 5 |
| 10,000 to 24,999 | 4 | 4 | 2 | 2 | 14 | 12 | 20 | 18 |
| 5,000 to 9,999 | 9 | 10 | 10 | 11 | 24 | 25 | 43 | 46 |
| 2,500 to 4,999 | 53 | 50 | 22 | 26 | 32 | 33 | 107 | 109 |
| 1,000 to 2,499 | 99 | 100 | 30 | 22 | 115 | 111 | 244 | 233 |
| 600 to 999 | 56 | 57 | 17 | 16 | 92 | 81 | 165 | 154 |
| 300 to 599 | 58 | 55 | 10 | 15 | 94 | 92 | 162 | 162 |
| Fewer than 300 | 100 | 97 | 10 | 7 | 25 | 28 | 135 | 132 |
| Total | 379 | 373 | 101 | 99 | 400 | 387 | 880 | 859 |

* Does not include one non-operating district, Department of Corrections/Juvenile Justice school district, state-operated districts, special education districts and state charter districts.

Data sources: Fall Housing Enrollment from School Report Card; CDS File Record Counts.


**Comparison of Public and Nonpublic Attendance Centers**
**2004-05 and 2014-15**
(105 ILCS 5/2-3.11)

| Public Attendance Centers | 04-05 | 14-15 | Nonpublic Attendance Centers | 04-05 | 14-15 |
|---|---|---|---|---|---|
| Elementary | 2,609 | 2,483 | Elementary* | 1,033 | 1,039 |
| Junior High | 613 | 614 | Secondary | 171 | 151 |
| Secondary | 665 | 673 | Unit | 134 | 203 |
| Special Education and Others | 393 | 420 | Special Education | 97 | 69 |
| Total | 4,280 | 4,190 | Total | 1,435 | 1,462 |

* Includes Junior High.

Data sources: Fall Housing Enrollment from School Report Card; CDS File Record Counts.

22

**Illinois State Board of Education**
**Public School Recognition Committee**
**Act or Omissions Status Report for the 2014-15 School Year**
**(105 ILCS 5/1A-4)**

| Region | Facility | Final Assignment | Violation* | Date of District Notification |
|---|---|---|---|---|
| Boone/Winnebago (04) | Rockford SD 205 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Carroll/Jo Daviess/ Stephenson (08) | East Dubuque USD 119<br>-East Dubuque High School<br>-East Dubuque Jr High<br>-East Dubuque Elem School | Recognized Pending Further Review | Failure to supply information to ROE to verify compliance | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Clinton/Jefferson/ Marion/Washington (13) | Grand Prairie CCSD 6 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Clinton/Jefferson/ Marion/Washington (13) | Ina CCSD 8 | Recognized Pending Further Review | Personnel file omissions | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| DuPage (19) | CUSD 201 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| DuPage (19) | Downers Grove GSD 58 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| DuPage (19) | Glendbard Twp HSD 87 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Franklin/Johnson/ Massac/Williamson (21) | Frankfort CUSD 168<br>-Central Jr High School<br>-Denning Elementary School | Recognized Pending Further Review | Various | May 8, 2015, via U.S. Mail, certified, return-receipt requested |
| Franklin/Johnson/ Massac/Williamson (21) | Zeigler-Royalton CUSD 188<br>-Zeigler-Royalton Elem School | Recognized Pending Further Review | Educator licensure deficiencies | May 7, 2015, via U.S. Mail, certified, return-receipt requested |

\* Unless otherwise noted, final FY 2016 recognition statuses, projected to be determined/released in spring 2016, will indicate whether the cited deficiencies have been rectified, if new deficiencies have been identified, or if the district is fully recognized.
\*\* The school district rectified cited deficiencies prior to the end of FY 2015.

| Region | Facility | Final Assignment | Violation* | Date of District Notification |
|---|---|---|---|---|
| Bureau/Henry/Stark (28) | Cherry SD 92 | Recognized Pending Further Review | Failure to submit health/life safety amendment; failure to include growth in principal evaluation | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Bureau/Henry/Stark (28) | Dalzell SD 98<br>-Dalzell Grade School | Recognized Pending Further Review | Failure to submit health/life safety amend | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Bureau/Henry/Stark (28) | Stark County CSD 100 | Recognized Pending Further Review | Educator licensure deficiencies | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Kane (31) | Aurora East USD 131<br>-East High School<br>-C F Simmons Middle School<br>-K D Waldo Middle School<br>-Henry W Cowherd Middle School<br>-Olney C Allen Elem School<br>-C M Bardwell Elem School<br>-W S Beaupre Elem School<br>-L D Brady Elem School<br>-G N Dieterich Elem School<br>-John Gates Elem School<br>-Nicholas A Hermes Elem School<br>-C I Johnson Elem School<br>-Rose E Krug Elem School<br>-Oak Park Elem School<br>-Mabel O Donnell Elem School<br>-Edna Rollins Elem School<br>-Fred Rodgers Magnet Acad<br>-Anne Garcia Benavides Kindergarten Center | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Lake (34) | North Shore SD 112** | Recognized Pending Further Review | Personnel file omissions | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Lake (34) | Winthrop Harbor SD 1** | Recognized Pending Further Review | Personnel file omissions | May 7, 2015, via U.S. Mail, certified, return-receipt requested |

\* Unless otherwise noted, final FY 2016 recognition statuses, projected to be determined/released in spring 2016, will indicate whether the cited deficiencies have been rectified, if new deficiencies have been identified, or if the district is fully recognized.
\*\* The school district rectified cited deficiencies prior to the end of FY 2015.

| Region | Facility | Final Assignment | Violation* | Date of District Notification |
|---|---|---|---|---|
| St. Clair (50) | East St. Louis SD 189** | Recognized Pending Further Review | Educator licensure deficiencies; failure to hold all required safety drills | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| St. Clair (50) | Whiteside SD 115 | Recognized Pending Further Review | Failure to complete audit; failure to submit AFR; failure to create RIF list | May 7, 2015, via U.S. Mail, certified, return-receipt requested |
| Mason/Tazewell/ Woodford (53) | Pekin Community High School District 303 | Recognized Pending Further Review | Various | May 7, 2015, via U.S. Mail, certified, return-receipt requested |

\* Unless otherwise noted, final FY 2016 recognition statuses, projected to be determined/released in spring 2016, will indicate whether the cited deficiencies have been rectified, if new deficiencies have been identified, or if the district is fully recognized.
\*\* The school district rectified cited deficiencies prior to the end of FY 2015.

25

**Interim Superintendents for the 2014-15 School Year**
**(105 ILCS 5/10-21.4)**

The School Code requires all school districts "to employ a superintendent who shall have charge of the administration of the schools under the direction of the board of education" (105 ILCS 5/10-21.4). The School Code does not, however, further define the ways in which school districts are permitted to employ a superintendent. For example, the School Code does not require, on its face, that a school district superintendent be hired "full-time," nor does the School Code, on its face, prohibit a school district from retaining a retired district superintendent to work in that school district for less than 120 days in a school year.

The Illinois State Board of Education (the "Agency") has done its best, despite the lack of clarity in the law, to determine what is and what is not an acceptable employment practice and has historically taken action pursuant to Section 1.20 of its administrative rules (23 Ill. Admin. Code 1.20) to reduce the recognition status of school districts that have not shown a commitment to employing a full-time district superintendent. Regional Superintendents have ensured compliance consistency.

In order to clarify the responsibilities of school districts for employing a full-time district superintendent, the Agency conducted a rulemaking in fall 2010 to define the circumstances under which a superintendent must be employed. The Joint Committee on Administrative Rules subsequently objected to the proposed modifications, citing the Agency's lack of statutory authority to limit employment. The Agency subsequently agreed to withdraw the rulemaking. Therefore, until the issue is clarified in statute, the Agency will not be taking compliance action against a school district that chooses to employ either an interim superintendent or a superintendent on less than a full-time basis.

26