U.S. Census Bureau



American FactFinder

| QT-H1 | General Housing Characteristics: 2010 |
|---|---|
| | 2010 Census Summary File 1 |

NOTE: For information on confidentiality protection, nonsampling error, and definitions, see http://www.census.gov/prod/cen2010/doc/sf1.pdf.

**Geography: Chicago city, Illinois**

| Subject | Number | Percent |
|---|---:|---:|
| OCCUPANCY STATUS | | |
| Total housing units | 1,194,337 | 100.0 |
| Occupied housing units | 1,045,560 | 87.5 |
| Vacant housing units | 148,777 | 12.5 |
| | | |
| TENURE | | |
| Occupied housing units | 1,045,560 | 100.0 |
| Owner occupied | 469,562 | 44.9 |
| Owned with a mortgage or loan | 358,415 | 34.3 |
| Owned free and clear | 111,147 | 10.6 |
| Renter occupied | 575,998 | 55.1 |
| | | |
| VACANCY STATUS | | |
| Vacant housing units | 148,777 | 100.0 |
| For rent | 65,087 | 43.7 |
| Rented, not occupied | 2,995 | 2.0 |
| For sale only | 19,570 | 13.2 |
| Sold, not occupied | 3,631 | 2.4 |
| For seasonal, recreational, or occasional use | 10,483 | 7.0 |
| For migratory workers | 30 | 0.0 |
| Other vacant | 46,981 | 31.6 |
| | | |
| TENURE BY HISPANIC OR LATINO ORIGIN OF HOUSEHOLDER BY RACE OF HOUSEHOLDER | | |
| Occupied housing units | 1,045,560 | 100.0 |
| Owner-occupied housing units | 469,562 | 44.9 |
| Not Hispanic or Latino householder | 381,266 | 36.5 |
| White alone householder | 233,419 | 22.3 |
| Black or African American alone householder | 117,203 | 11.2 |
| American Indian and Alaska Native alone householder | 506 | 0.0 |
| Asian alone householder | 25,355 | 2.4 |
| Native Hawaiian and Other Pacific Islander alone householder | 83 | 0.0 |
| Some Other Race alone householder | 467 | 0.0 |
| Two or More Races householder | 4,233 | 0.4 |
| Hispanic or Latino householder | 88,296 | 8.4 |
| White alone householder | 45,770 | 4.4 |
| Black or African American alone householder | 1,178 | 0.1 |
| American Indian and Alaska Native alone householder | 958 | 0.1 |
| Asian alone householder | 226 | 0.0 |
| Native Hawaiian and Other Pacific Islander alone householder | 43 | 0.0 |
| Some Other Race alone householder | 36,389 | 3.5 |

| Subject | Number | Percent |
|---|---:|---:|
| Two or More Races householder | 3,732 | 0.4 |
| Renter-occupied housing units | 575,998 | 55.1 |
| Not Hispanic or Latino householder | 455,119 | 43.5 |
| White alone householder | 200,876 | 19.2 |
| Black or African American alone householder | 211,890 | 20.3 |
| American Indian and Alaska Native alone householder | 1,198 | 0.1 |
| Asian alone householder | 31,787 | 3.0 |
| Native Hawaiian and Other Pacific Islander alone householder | 138 | 0.0 |
| Some Other Race alone householder | 914 | 0.1 |
| Two or More Races householder | 8,316 | 0.8 |
| Hispanic or Latino householder | 120,879 | 11.6 |
| White alone householder | 52,791 | 5.0 |
| Black or African American alone householder | 2,913 | 0.3 |
| American Indian and Alaska Native alone householder | 1,578 | 0.2 |
| Asian alone householder | 377 | 0.0 |
| Native Hawaiian and Other Pacific Islander alone householder | 78 | 0.0 |
| Some Other Race alone householder | 57,055 | 5.5 |
| Two or More Races householder | 6,087 | 0.6 |

X Not applicable.
Source: U.S. Census Bureau, 2010 Census.
Summary File 1, Tables H3, H4, H5, and HCT1.