13-0626-PR51                                              June 26, 2013

# APPROVE ENTERING INTO AN AGREEMENT WITH THE SUPES ACADEMY LLC
# FOR LEADERSHIP DEVELOPMENT SERVICES

**THE CHIEF EXECUTIVE OFFICER REPORTS THE FOLLOWING DECISION:**

Approve entering into an agreement with The SUPES Academy LLC to design and deliver the Chicago Executive Leadership Academy ("CELA") for Regional Leadership, Principals and Assistant Principals at a total cost not to exceed $20,500,000.00 for a period of three years. Vendor was selected on a non-competitive basis; and the sole-source request was presented to the Non-Competitive Procurement Review Committee and approved by Chief Procurement Officer. No services shall be provided by Vendor and no payment shall be made to Vendor prior to execution of the written agreement. The authority granted herein shall automatically rescind in the event a written agreement is not executed within 90 days of the date of this Board Report. Information pertinent to this agreement is stated below.

**VENDOR:**

1)  Vendor # 96763
    SUPES ACADEMY LLC, THE
    1215 WASHINGTON AVE., STE 300
    WILMETTE, IL 60091
    Gary Solomon
    877 517-6859

**USER INFORMATION :**

Project
Manager:    11010 - Office of Human Capital

            125 S Clark St - 2nd Floor

            Chicago, IL 60603

            Winckler, Ms. Alicia

            773-553-3671

**TERM:**
The term of this agreement shall commence on June 27, 2013 and shall end June 26, 2016. This agreement shall have no options to renew.

**EARLY TERMINATION RIGHT:**
The Board shall have the right to terminate this agreement with 30 days written notice.

**SCOPE OF SERVICES:**
SUPES Academy will:
-- Lead the design, delivery, facilitation, and coordination of each of 8-10 Academies to ensure that the appropriate content is targeted to the appropriate leaders.
-- Academies will include those for Network Chiefs and their Deputies, New Principals, Developing Principals, Rising and Achieving Principals, and Empowered Principals in addition to the Office of Strategic School Supports Principals and Welcoming Principals (i.e., Welcoming Principals is specific to the 2013-14 school year).
-- SUPES will ensure that these Academies are appropriate customized to meet well-defined Learning Objectives and the CPS participants' learning needs.

-- SUPES will bring together a cadre of national best practice experts to engage as master teachers, coaches, curriculum development staff, guest speakers and other roles. SUPES will only use CPS-approved staff with quantified measures of success. These team members will have direct experience in the roles they are engaged with, as to ensure an engagement that not only provides a nationally recognized perspective, but one that also is authentic to the experience in Chicago.
-- SUPES will work with CPS leadership in the Talent Office, Network Office, Teaching and Learning, Accountability, Strategic School Supports Services, and the CEO's Office to ensure that Learning Objectives are properly aligned to the District-wide Action Plan, the Principal Quality Initiative, and the Principal Competencies, Evaluation system, and individual Principals' Professional Development Plans.
-- SUPES shall plan, implement, analyze, and report back on at least a monthly basis Principals' interest and preference for certain future content in their leadership program as well as their feedback on content delivered via each of the sessions.

**DELIVERABLES:**
The SUPES Academy will deliver the following:
-- SUPES will provide high quality instruction and master teachers who will facilitate each of the sessions.
-- SUPES will deliver, on average, 8-10 days of on-site instruction to the majority of the Principal Academies - except where agreed by CPS that the need is for more minimal on-site support.
-- SUPES will provide one-on-one coaches for the majority of leadership development workshop participants, with the exception of those Academies in which CPS agrees to provide its own internal coaches.
-- SUPES will provide electronic access to content delivered in each of the workshops via a web-based application for ease of participant use and on-going management and leadership of their school and/or network.
-- SUPES will develop and provide a comprehensive set of research based tools, resources, and methodologies that will assist cohort members in leading various aspects of their network or school in the form of a Leadership toolkit. The toolkit offers management and administrative tools, academic and instructional tools, as well as operations tools and additional resources that will be available through an iPad application that will be used for all session curricula.
-- SUPES will provide monthly reporting regarding but not limited to participant attendance, coaching connections, feedback from the sessions, and participant interest in future content.
-- SUPES will facilitate a monthly Steering Committee meeting with select CPS cabinet members and the CEO to align to design criteria and principles, measure on-going progress, identify continuous improvements, and make any necessary course corrections in content, delivery, and/or administration of the Academies.

**OUTCOMES:**
CELA will enhance for the District:
Our internal capacity to lead the academic and other improvements to accomplish the vision that we have for the next generation of Chicago's children - enabling them to be successful in college, career, and life.
CELA will improve our leaders' ability to:
- Lead through change
- Develop and embed highly effective talent management practices
- Enhance their critical thinking and response to situational judgment opportunities
- Create a comprehensive action plan for their school to improve the schools systemically
- Work effectively across diverse teams to arrive at solutions

**COMPENSATION:**
Vendor shall be paid upon monthly invoicing as specified in the agreement; total not to exceed the sum of $20,500,000.00 over the three year term.

**REIMBURSABLE EXPENSES:**
None

13-0626-PR51

**AUTHORIZATION:**
Authorize the General Counsel to include other relevant terms and conditions in the written agreement. Authorize the President and Secretary to execute the agreement. Authorize Chief Talent Officer to execute all ancillary documents required to administer or effectuate this agreement.

**AFFIRMATIVE ACTION:**
Pursuant to Section 5.2 of the Remedial Program for Minority and Women Owned Business Enterprise Participation in Goods and Services Contracts, the MBE/WBE provisions of the Program do not apply to educational institutions.

**LSC REVIEW:**
Local School Council approval is not applicable to this report.

**FINANCIAL:**
Charge to the Talent Office:
Unit 11070, Fund 115 and Fund 353

Fiscal 2013 - $400,000.00
Fiscal 2014 - $6,500,000.00
Fiscal 2015 - $6,800,000.00
Fiscal 2016 - $6,800,000.00

**CFDA#:**             Not Applicable


**GENERAL CONDITIONS:**
Inspector General - Each party to the agreement shall acknowledge that, in accordance with 105 ILCS 5/34-13.1, the Inspector General of the Chicago Board of Education has the authority to conduct certain investigations and that the Inspector General shall have access to all information and personnel necessary to conduct those investigations.

Conflicts - The agreement shall not be legally binding on the Board if entered into in violation of the provisions of 105 ILCS 5/34-21.3 which restricts the employment of, or the letting of contracts to, former Board members during the one year period following expiration or other termination of their terms of office.

Indebtedness - The Board's Indebtedness Policy adopted June 26, 1996 (96-0626-PO3), as amended from time to time, shall be incorporated into and made a part of the agreement.

Ethics - The Board's Ethics Code adopted May 25, 2011 (11-0525-PO2), as amended from time to time, shall be incorporated into and made a part of the agreement.

Contingent Liability - The agreement shall contain the clause that any expenditure beyond the current fiscal year is deemed a contingent liability, subject to appropriation in the subsequent fiscal year budget(s).

13-0626-PR51

Approved for Consideration:

*[signature]*

SÉBASTIEN de LONGEAUX
Chief Procurement Officer

Approved:

*[signature]*

BARBARA BYRD-BENNETT
Chief Executive Officer

Approved as to Legal Form: *[signature]*

JAMES L. BEBLEY
General Counsel