|                    | September 30, 1998 |       | September 30, 1999 |       |
|--------------------|-------------------:|------:|-------------------:|------:|
|                    | N                  | %     | N                  | %     |
| White              | 43,523             | 10.1  | 42,970             | 10.0  |
| Black              | 229,148            | 53.2  | 226,611            | 52.5  |
| Native American    | 759                | 0.2   | 733                | 0.2   |
| Asian/Pac Islander | 13,593             | 3.2   | 13,731             | 3.2   |
| Hispanic           | 144,062            | 33.4  | 147,705            | 34.2  |
| Total              | 431,085            | 100.0 | 431,750            | 100.0 |
| Mexican            | 109,147            | 25.3  | 112,914            | 26.2  |
| Puerto Rican       | 25,338             | 5.9   | 24,890             | 5.8   |
| Cuban              | 890                | 0.2   | 758                | 0.2   |
| Other Hispanics    | 8,687              | 2.0   | 9,143              | 2.1   |