| | **October 5, 2015** | | | **October 3, 2016** | |
| --- | ---: | ---: | --- | ---: | ---: |
| | N | % | | N | % |
| White | 37,748 | 9.6 | White | 37,691 | 9.9 |
| African American | 152,413 | 38.9 | African American | 143,849 | 37.7 |
| Asian/Pacific Islander (retired) | 14 | 0.0 | Asian/Pacific Islander (retired) | 14 | 0.00 |
| Native American | 937 | 0.2 | Native American/Alaskan | 786 | 0.2 |
| Hispanic | 180,206 | 45.9 | Hispanic | 177,492 | 46.5 |
| Multi-Racial | 4,192 | 1.1 | Multi-Racial | 4,163 | 1.1 |
| Asian | 14,540 | 3.7 | Asian | 14,935 | 3.9 |
| Hawaiian/Pacific Islander | 630 | 0.2 | Hawaiian/Pacific Islander | 644 | 0.2 |
| Not Available | 1,605 | 0.4 | Not Available | 1,775 | 0.5 |
| | **392,285** | **100.0** | | **381,349** | **100.0** |