| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | Chicago as % of Illinois | Illinois without Chicago | |
| 2 | | | | Chicago | | | | Illinois | | | Number | Percent |
| 3 | One race | 2,652,062 | +/-2,247 | 97.80% | +/-0.1 | 12,590,855 | +/-5,513 | 97.80% | +/-0.1 | 21.06% | 9,938,793 | |
| 4 | White | **1,312,754** | **+/-7,657** | **48.40%** | **+/-0.3** | **9,331,376** | **+/-10,145** | **72.50%** | **+/-0.1** | **14.07%** | **8,018,622** | **80.68%** |
| 5 | Black or African American | 864,024 | +/-3,975 | 31.90% | +/-0.1 | 1,849,054 | +/-4,277 | 14.40% | +/-0.1 | 46.73% | 985,030 | 9.91% |
| 6 | American Indian and Alaska Native | 7,252 | +/-921 | 0.30% | +/-0.1 | 28,535 | +/-1,679 | 0.20% | +/-0.1 | 25.41% | 21,283 | 0.21% |
| 7 | Cherokee tribal grouping | 720 | +/-210 | 0.00% | +/-0.1 | 3,321 | +/-417 | 0.00% | +/-0.1 | 21.68% | 2,601 | 0.03% |
| 8 | Chippewa tribal grouping | 116 | +/-83 | 0.00% | +/-0.1 | 1,005 | +/-285 | 0.00% | +/-0.1 | 11.54% | 889 | 0.01% |
| 9 | Navajo tribal grouping | 88 | +/-70 | 0.00% | +/-0.1 | 359 | +/-173 | 0.00% | +/-0.1 | 24.51% | 271 | 0.00% |
| 10 | Sioux tribal grouping | 337 | +/-202 | 0.00% | +/-0.1 | 900 | +/-278 | 0.00% | +/-0.1 | 37.44% | 563 | 0.01% |
| 11 | Asian | 155,884 | +/-2,933 | 5.70% | +/-0.1 | 627,402 | +/-2,398 | 4.90% | +/-0.1 | 24.85% | 471,518 | 4.74% |
| 12 | Asian Indian | 33,325 | +/-2,301 | 1.20% | +/-0.1 | 205,225 | +/-4,645 | 1.60% | +/-0.1 | 16.24% | 171,900 | 1.73% |
| 13 | Chinese | 48,198 | +/-1,926 | 1.80% | +/-0.1 | 117,600 | +/-3,255 | 0.90% | +/-0.1 | 40.98% | 69,402 | 0.70% |
| 14 | Filipino | 29,854 | +/-1,692 | 1.10% | +/-0.1 | 120,073 | +/-4,102 | 0.90% | +/-0.1 | 24.86% | 90,219 | 0.91% |
| 15 | Japanese | 4,616 | +/-565 | 0.20% | +/-0.1 | 17,672 | +/-1,365 | 0.10% | +/-0.1 | 26.12% | 13,056 | 0.13% |
| 16 | Korean | 12,019 | +/-973 | 0.40% | +/-0.1 | 63,511 | +/-2,998 | 0.50% | +/-0.1 | 18.92% | 51,492 | 0.52% |
| 17 | Vietnamese | 7,988 | +/-1,251 | 0.30% | +/-0.1 | 25,497 | +/-2,138 | 0.20% | +/-0.1 | 31.33% | 17,509 | 0.18% |
| 18 | Other Asian | 19,884 | +/-1,877 | 0.70% | +/-0.1 | 77,824 | +/-3,244 | 0.60% | +/-0.1 | 25.55% | 57,940 | 0.58% |
| 19 | Native Hawaiian and Other Pacific Islander | 727 | +/-211 | 0.00% | +/-0.1 | 3,240 | +/-387 | 0.00% | +/-0.1 | 22.44% | 2,513 | 0.03% |
| 20 | Native Hawaiian | 213 | +/-98 | 0.00% | +/-0.1 | 1,136 | +/-222 | 0.00% | +/-0.1 | 18.75% | 923 | 0.01% |
| 21 | Guamanian or Chamorro | 279 | +/-176 | 0.00% | +/-0.1 | 729 | +/-238 | 0.00% | +/-0.1 | 38.27% | 450 | 0.00% |
| 22 | Samoan | 35 | +/-34 | 0.00% | +/-0.1 | 403 | +/-187 | 0.00% | +/-0.1 | 8.68% | 368 | 0.00% |
| 23 | Other Pacific Islander | 200 | +/-99 | 0.00% | +/-0.1 | 972 | +/-273 | 0.00% | +/-0.1 | 20.58% | 772 | 0.01% |
| 24 | Some other race | 311,421 | +/-7,743 | 11.50% | +/-0.3 | 751,248 | +/-11,264 | 5.80% | +/-0.1 | 41.45% | 439,827 | 4.43% |
| 25 | Two or more races | 60,546 | +/-2,245 | 2.20% | +/-0.1 | 277,892 | +/-5,507 | 2.20% | +/-0.1 | 21.79% | 217,346 | 2.19% |
| 26 | White and Black or African American | 13,817 | +/-1,181 | 0.50% | +/-0.1 | 84,021 | +/-3,117 | 0.70% | +/-0.1 | 16.44% | 70,204 | 0.71% |
| 27 | White and American Indian and Alaska Native | 5,371 | +/-615 | 0.20% | +/-0.1 | 38,114 | +/-1,356 | 0.30% | +/-0.1 | 14.09% | 32,743 | 0.33% |
| 28 | White and Asian | 14,133 | +/-1,098 | 0.50% | +/-0.1 | 61,306 | +/-2,184 | 0.50% | +/-0.1 | 23.05% | 47,173 | 0.47% |
| 29 | Black or African American and American Indian and Alaska Native | 2,844 | +/-526 | 0.10% | +/-0.1 | 9,494 | +/-1,055 | 0.10% | +/-0.1 | 29.96% | 6,650 | 0.07% |
| 30 | | | | | | | | | | | | |
| 31 | Race alone or in combination with one or more other races | | | | | | | | | | | |
| 32 | Total population | 2,712,608 | +/-46 | 2,712,608 | (X) | 12,868,747 | ***** | 12,868,747 | (X) | 21.08% | 10,156,139 | |
| 33 | White | 1,359,450 | +/-8,005 | 50.10% | +/-0.3 | 9,568,223 | +/-12,227 | 74.40% | +/-0.1 | 14.21% | 8,208,773 | 80.83% |
| 34 | Black or African American | **890,050** | **+/-4,053** | **32.80%** | **+/-0.1** | **1,969,600** | **+/-3,044** | **15.30%** | **+/-0.1** | **45.19%** | **1,079,550** | **10.63%** |
| 35 | American Indian and Alaska Native | 19,259 | +/-1,162 | 0.70% | +/-0.1 | 90,478 | +/-2,444 | 0.70% | +/-0.1 | 21.29% | 71,219 | 0.70% |
| 36 | Asian | 175,919 | +/-3,063 | 6.50% | +/-0.1 | 711,564 | +/-1,557 | 5.50% | +/-0.1 | 24.72% | 535,645 | 5.27% |
| 37 | Native Hawaiian and Other Pacific Islander | 3,684 | +/-675 | 0.10% | +/-0.1 | 13,213 | +/-1,113 | 0.10% | +/-0.1 | 27.88% | 9,529 | 0.09% |
| 38 | Some other race | 329,119 | +/-7,680 | 12.10% | +/-0.3 | 811,352 | +/-10,900 | 6.30% | +/-0.1 | 40.56% | 482,233 | 4.75% |
| 39 | | | | | | | | | | | | |
| 40 | HISPANIC OR LATINO AND RACE | | | | | | | | | | | |
| 41 | Total population | 2,712,608 | +/-46 | 2,712,608 | (X) | 12,868,747 | ***** | 12,868,747 | (X) | 21.08% | 10,156,139 | |
| 42 | Hispanic or Latino (of any race) | **785,292** | **+/-4,750** | **28.90%** | **+/-0.2** | **2,095,495** | **+/-334** | **16.30%** | **+/-0.1** | **37.48%** | **1,310,203** | **12.90%** |

|  | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  |  |  |  |  |  |  |  |  | Chicago as % of Illinois | Illinois without Chicago | |
| 2 |  | Chicago | | | | Illinois | | | | | Number | Percent |
| 43 | Mexican | 587,143 | +/-6,347 | 21.60% | +/-0.2 | 1,664,565 | +/-7,492 | 12.90% | +/-0.1 | 35.27% | 1,077,422 | 10.61% |
| 44 | Puerto Rican | 105,116 | +/-3,995 | 3.90% | +/-0.1 | 197,627 | +/-5,224 | 1.50% | +/-0.1 | 53.19% | 92,511 | 0.91% |
| 45 | Cuban | 8,827 | +/-1,021 | 0.30% | +/-0.1 | 25,063 | +/-1,845 | 0.20% | +/-0.1 | 35.22% | 16,236 | 0.16% |
| 46 | Other Hispanic or Latino | 84,206 | +/-3,527 | 3.10% | +/-0.1 | 208,240 | +/-4,996 | 1.60% | +/-0.1 | 40.44% | 124,034 | 1.22% |
| 47 | **Not Hispanic or Latino** | **1,927,316** | **+/-4,751** | **71.10%** | **+/-0.2** | **10,773,252** | **+/-332** | **83.70%** | **+/-0.1** | **17.89%** | **8,845,936** | **87.10%** |
| 48 | **White alone** | **872,513** | **+/-4,319** | **32.20%** | **+/-0.2** | **8,088,630** | **+/-1,797** | **62.90%** | **+/-0.1** | **10.79%** | **7,216,117** | **71.05%** |
| 49 | **Black or African American alone** | 853,214 | +/-3,755 | 31.50% | +/-0.1 | 1,822,304 | +/-3,559 | 14.20% | +/-0.1 | 46.82% | 969,090 | 9.54% |
| 50 | **American Indian and Alaska Native alone** | 3,437 | +/-518 | 0.10% | +/-0.1 | 14,685 | +/-865 | 0.10% | +/-0.1 | 23.40% | 11,248 | 0.11% |
| 51 | Asian alone | 154,287 | +/-2,942 | 5.70% | +/-0.1 | 622,689 | +/-2,373 | 4.80% | +/-0.1 | 24.78% | 468,402 | 4.61% |
| 52 | **Native Hawaiian and Other Pacific Islander alone** | 417 | +/-162 | 0.00% | +/-0.1 | 2,564 | +/-336 | 0.00% | +/-0.1 | 16.26% | 2,147 | 0.02% |
| 53 | Some other race alone | 4,247 | +/-706 | 0.20% | +/-0.1 | 16,926 | +/-1,603 | 0.10% | +/-0.1 | 25.09% | 12,679 | 0.12% |
| 54 | Two or more races | 39,201 | +/-1,780 | 1.40% | +/-0.1 | 205,454 | +/-4,874 | 1.60% | +/-0.1 | 19.08% | 166,253 | 1.64% |
| 55 | Two races including Some other race | 2,581 | +/-465 | 0.10% | +/-0.1 | 9,977 | +/-820 | 0.10% | +/-0.1 | 25.87% | 7,396 | 0.07% |
| 56 | Two races excluding Some other race, and Three or more races | 36,620 | +/-1,691 | 1.30% | +/-0.1 | 195,477 | +/-4,630 | 1.50% | +/-0.1 | 18.73% | 158,857 | 1.56% |
| 57 | **Non-white** | **1,840,095** |  | **67.83%** |  | **4,780,117** |  | **37.15%** |  | **38.49%** | **2,940,022** | **28.95%** |