School Action Demographics

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Board Action | Total Students | Number African American | Percent African American | Over 90%? |
| 2 | 6490 | Daniel Hale Williams Elementary School | 2001-2002 | Closure | 772 | 772 | 100.00% | **TRUE** |
| 3 | 6840 | Mary C. Terrell Elementary School | 2001-2002 | Closure and Consolidation | 194 | 193 | 99.48% | TRUE |
| 4 | 3050 | Mary Mapes Dodge Elementary School | 2001-2002 | Closure | 336 | 336 | 100.00% | TRUE |
| 5 | 7750 | Carter G. Woodson North Middle School | 2002-2003 | Closure and Consolidation | 290 | 285 | 98.28% | TRUE |
| 6 | 6790 | George T. Donoghue Elementary School | 2002-2003 | Closure | 375 | 375 | 100.00% | TRUE |
| 7 | 1040 | Lucy Flower Career Academy | 2002-2003 | Closure | 338 | 338 | 100.00% | TRUE |
| 8 | 6640 | Muñoz Marin Primary School | 2002-2003 | Closure and Consolidation | 223 | 47 | 21.08% | FALSE |
| 9 | 1970 | Nikola Tesla Alternative School | 2002-2003 | Closure | 191 | 189 | 98.95% | TRUE |
| 10 | 1900 | The Arts of Living Alternative School | 2002-2003 | Closure | 104 | 44 | 42.31% | FALSE |
| 11 | 2840 | Zenos Colman Elementary School | 2002-2003 | Closure | 296 | 296 | 100.00% | TRUE |
| 12 | 1220 | Austin Community Academy High School | 2003-2004 | Phase Out | 1,471 | 1,462 | 99.39% | TRUE |
| 13 | 5570 | Benjamin W. Raymond Elementary School | 2003-2004 | Closure and Consolidation | 272 | 259 | 95.22% | TRUE |
| 14 | 1250 | Calumet Academy High School | 2003-2004 | Phase Out | 1,209 | 1,208 | 99.92% | TRUE |
| 15 | 3790 | Hartigan Community Arts Specialty School | 2003-2004 | Closure and Consolidation | 287 | 287 | 100.00% | TRUE |
| 16 | 6090 | Henry Suder Elementary School | 2003-2004 | Closure | 277 | 277 | 100.00% | TRUE |
| 17 | 7620 | James R. Doolittle Jr. West Primary School | 2003-2004 | Closure | 527 | 523 | 99.24% | TRUE |
| 18 | 5990 | Jesse Spalding Elementary and High School | 2003-2004 | Closure | 123 | 93 | 75.61% | FALSE |
| 19 | 1830 | Orr Community Academy High School | 2003-2004 | Closure | 848 | 710 | 83.73% | FALSE |
| 20 | 2560 | Richard E. Byrd Community Academy | 2003-2004 | Closure | 380 | 380 | 100.00% | TRUE |
| 21 | 7500 | Richard Wright Elementary School | 2003-2004 | Closure | 264 | 258 | 97.73% | TRUE |
| 22 | 7480 | Simmye G. Anderson Community Academy | 2003-2004 | Phase Out | 638 | 633 | 99.22% | TRUE |
| 23 | 7900 | Sojourner Truth Elementary School | 2003-2004 | Closure | 313 | 313 | 100.00% | TRUE |
| 24 | 3090 | Stephen A. Douglas Community Academy School | 2003-2004 | Closure | 430 | 423 | 98.37% | TRUE |
| 25 | 4190 | Thomas Jefferson Elementary School | 2003-2004 | Closure | 349 | 343 | 98.28% | TRUE |
| 26 | 1680 | Englewood Academy High School | 2004-2005 | Phase Out | 904 | 904 | 100.00% | TRUE |
| 27 | 4070 | Howland School of the Arts | 2004-2005 | Closure | 346 | 343 | 99.13% | TRUE |

School Action Demographics

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Board Action | Total Students | Number African American | Percent African American | Over 90%? |
| 28 | 6830 | Ralph J. Bunche Elementary School | 2004-2005 | Closure | 404 | 401 | 99.26% | TRUE |
| 29 | 3610 | Ulysses S. Grant Community Academy | 2004-2005 | Closure | 332 | 332 | 100.00% | TRUE |
| 30 | 2700 | Carver Middle School | 2005-2006 | Closure | 387 | 387 | 100.00% | TRUE |
| 31 | 7780 | Edward Franklin Frazier Elementary School | 2005-2006 | Closure | 473 | 473 | 100.00% | TRUE |
| 32 | 1880 | George W. Collins High School | 2005-2006 | Phase Out | 852 | 847 | 99.41% | TRUE |
| 33 | 1240 | James H Bowen High School | 2005-2006 | Closure | 77 | 62 | 80.52% | FALSE |
| 34 | 1280 | Jean Baptiste Point DuSable High School | 2005-2006 | Closure | 86 | 81 | 94.19% | TRUE |
| 35 | 4590 | Joan F. Arai Middle School | 2005-2006 | Closure | 36 | 31 | 86.11% | FALSE |
| 36 | 3300 | John Farren Elementary School | 2005-2006 | Consolidation | 150 | 150 | 100.00% | TRUE |
| 37 | 1450 | Robert Lindblom College Prep High School | 2005-2006 | Closure | 53 | 53 | 100.00% | TRUE |
| 38 | 4900 | Samuel F. B. Morse Tech Elementary School | 2005-2006 | Closure | 386 | 383 | 99.22% | TRUE |
| 39 | 5890 | William T. Sherman Elementary School | 2005-2006 | Reconstitution ("Turnaround") | 584 | 578 | 98.97% | TRUE |
| 40 | 1160 | George Westinghouse Career Academy High School | 2006-2007 | Closure | 160 | 156 | 97.50% | TRUE |
| 41 | 3800 | John Harvard Elementary School | 2006-2007 | Reconstitution ("Turnaround") | 520 | 518 | 99.62% | TRUE |
| 42 | 4440 | John V. LeMoyne Elementary School | 2006-2007 | Closure | 61 | 29 | 47.54% | FALSE |
| 43 | 6580 | South Shore Community Academy | 2006-2007 | Closure | 322 | 322 | 100.00% | TRUE |
| 44 | 7180 | Sir Miles Davis Academy | 2007-2008 | Closure | 317 | 313 | 98.74% | TRUE |
| 45 | 5540 | Vernon Johns Middle Academy | 2007-2008 | Closure | 297 | 296 | 99.66% | TRUE |
| 46 | 6410 | Midway Academy | 2007-2008 | Closure | 90 | 4 | 4.44% | FALSE |
| 47 | 3540 | Gladstone Elementary School | 2007-2008 | Closure | 263 | 197 | 74.90% | FALSE |
| 48 | 4780 | Irving Park Middle School | 2007-2008 | Closure and Consolidation | 340 | 11 | 3.24% | FALSE |
| 49 | 7330 | De La Cruz Middle School | 2007-2008 | Phase Out | 179 | - | 0.00% | FALSE |
| 50 | 2060 | Andersen Elementary School | 2007-2008 | Phase Out | 559 | 79 | 14.13% | FALSE |
| 51 | 1360 | William Rainey Harper High School | 2007-2008 | Reconstitution ("Turnaround") | 1,258 | 1,237 | 98.33% | TRUE |
| 52 | 3450 | Robert Fulton Elementary School | 2007-2008 | Reconstitution ("Turnaround") | 597 | 493 | 82.58% | FALSE |
| 53 | 2900 | Nicholas Copernicus Elementary School | 2007-2008 | Reconstitution ("Turnaround") | 384 | 376 | 97.92% | TRUE |
| 54 | 6800 | Morton Career Academy | 2007-2008 | Reconstitution ("Turnaround") | 278 | 268 | 96.40% | TRUE |
| 55 | 4060 | Julia Ward Howe Elementary School | 2007-2008 | Reconstitution ("Turnaround") | 595 | 585 | 98.32% | TRUE |
| 56 | 7300 | Applied Arts, Science & Technology Academy ("AASTA") | 2007-2008 | Closure | 488 | 418 | 85.66% | FALSE |

School Action Demographics

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Board Action | Total Students | Number African American | Percent African American | Over 90%? |
| 57 | 7290 | EXCEL Academy | 2007-2008 | Closure | 431 | 403 | 93.50% | TRUE |
| 58 | 7530 | Moses Vines Preparatory Academy | 2007-2008 | Closure | 456 | 416 | 91.23% | TRUE |
| 59 | 2700 | Carver Middle School | 2007-2008 | Closure and Consolidation | 238 | 236 | 99.16% | TRUE |
| 60 | 609999 | Nia Elementary | 2008-2009 | Closure | 52 | 52 | 100.00% | TRUE |
| 61 | 609915 | Foundations Elementary | 2008-2009 | Closure | 81 | 81 | 100.00% | TRUE |
| 62 | 610286 | South Chicago Elementary | 2008-2009 | Closure | 213 | 184 | 86.38% | FALSE |
| 63 | 610349 | Princeton AC | 2008-2009 | Closure | 152 | 14 | 9.21% | FALSE |
| 64 | 609771 | Abbott Elementary | 2008-2009 | Closure and Consolidation | 115 | 102 | 88.70% | FALSE |
| 65 | 610162 | Schiller Elementary | 2008-2009 | Closure and Consolidation | 190 | 189 | 99.47% | TRUE |
| 66 | 610071 | Medill Elementary | 2008-2009 | Closure and Consolidation | 147 | 147 | 100.00% | TRUE |
| 67 | 610314 | Davis Developmental | 2008-2009 | Closure and Consolidation | 87 | 65 | 74.71% | FALSE |
| 68 | 609838 | Carpenter Elementary | 2008-2009 | Phase Out | 318 | 126 | 39.62% | FALSE |
| 69 | 610370 | Best Practice HS | 2008-2009 | Phase Out | 238 | 220 | 92.44% | TRUE |
| 70 | 610264 | Reed Elementary | 2008-2009 | Phase Out | 297 | 297 | 100.00% | TRUE |
| 71 | 610253 | Lathrop Elementary | 2008-2009 | Phase Out | 322 | 319 | 99.07% | TRUE |
| 72 | 609705 | Fenger HS | 2008-2009 | Reconstitution ("Turnaround") | 1,196 | 1,189 | 99.41% | TRUE |
| 73 | 610365 | Bethune Elementary | 2008-2009 | Reconstitution ("Turnaround") | 353 | 351 | 99.43% | TRUE |
| 74 | 610274 | Johnson Elementary | 2008-2009 | Reconstitution ("Turnaround") | 281 | 279 | 99.29% | TRUE |
| 75 | 610263 | Dulles Elementary | 2008-2009 | Reconstitution ("Turnaround") | 429 | 428 | 99.77% | TRUE |
| 76 | 609900 | George W. Curtis Elementary | 2009-2010 | Reconstitution ("Turnaround") | 464 | 455 | 98.06% | TRUE |
| 77 | 609883 | Charles S. Deneen Elementary | 2009-2010 | Reconstitution ("Turnaround") | 492 | 488 | 99.19% | TRUE |
| 78 | 609806 | Myra Bradwell Elementary | 2009-2010 | Reconstitution ("Turnaround") | 612 | 610 | 99.67% | TRUE |
| 79 | 609727 | Wendell Phillips HS | 2009-2010 | Reconstitution ("Turnaround") | 746 | 734 | 98.39% | TRUE |
| 80 | 609723 | John Marshall HS | 2009-2010 | Reconstitution ("Turnaround") | 998 | 993 | 99.50% | TRUE |
| 81 | 609765 | Bartholome de las Casas Occupational HS | 2009-2010 | Closure | 70 | 65 | 92.86% | TRUE |
| 82 | 610260 | Helen McCorkle Elementary | 2009-2010 | Closure | 306 | 306 | 100.00% | TRUE |
| 83 | 610164 | George Schneider Elementary | 2009-2010 | Consolidation | 114 | 86 | 75.44% | FALSE |
| 84 | 610310 | The High School of the Arts at South Shore | 2010-2011 | Closure | 369 | 361 | 97.83% | TRUE |
| 85 | 610296 | The High School of Technology at South Shore | 2010-2011 | Closure | 289 | 288 | 99.65% | TRUE |
| 86 | 610297 | The High School of Leadership at South Shore | 2010-2011 | Phase Out | 272 | 268 | 98.53% | TRUE |

School Action Demographics

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Board Action | Total Students | Number African American | Percent African American | Over 90%? |
| 87 | 610311 | The High School of Entrepenuership at South Shore | 2010-2011 | Closure | 275 | 269 | 97.82% | TRUE |
| 88 | 609787 | Avondale Elementary | 2010-2011 | Consolidation | 724 | 36 | 4.97% | FALSE |
| 89 | 610309 | Chicago Discovery High School | 2010-2011 | Consolidation | 321 | 201 | 62.62% | FALSE |
| 90 | 610324 | Global Visions High School | 2010-2011 | Consolidation | 140 | 128 | 91.43% | TRUE |
| 91 | 610307 | Bowen Enviromental Studies High School | 2010-2011 | Consolidation | 251 | 239 | 95.22% | TRUE |
| 92 | 610021 | Pablo Casals Elementary | 2011-2012 | Reconstitution ("Turnaround") | 504 | 254 | 50.40% | FALSE |
| 93 | 609928 | Fuller Elementary | 2011-2012 | Reconstitution ("Turnaround") | 239 | 238 | 99.58% | TRUE |
| 94 | 609991 | Herzl Elementary | 2011-2012 | Reconstitution ("Turnaround") | 512 | 497 | 97.07% | TRUE |
| 95 | 610053 | Marquette Elementary | 2011-2012 | Reconstitution ("Turnaround") | 1,385 | 579 | 41.81% | FALSE |
| 96 | 610106 | Piccolo Elementary Specialty School | 2011-2012 | Reconstitution ("Turnaround") | 541 | 345 | 63.77% | FALSE |
| 97 | 610339 | Amos Alonzo Stagg Elementary | 2011-2012 | Reconstitution ("Turnaround") | 538 | 530 | 98.51% | TRUE |
| 98 | 609674 | Chicago Vocational Career Academy (CVCA) High School | 2011-2012 | Reconstitution ("Turnaround") | 827 | 811 | 98.07% | TRUE |
| 99 | 609735 | Tilden Career Community Academy High School | 2011-2012 | Reconstitution ("Turnaround") | 463 | 331 | 71.49% | FALSE |
| 100 | 609978 | Wendell Smith Elementary | 2011-2012 | Reconstitution ("Turnaround") | 364 | 357 | 98.08% | TRUE |
| 101 | 610345 | Woodson South Elementary | 2011-2012 | Reconstitution ("Turnaround") | 329 | 320 | 97.26% | TRUE |
| 102 | 610283 | Guggenheim Elementary | 2011-2012 | Closure | 291 | 282 | 96.91% | TRUE |
| 103 | 610258 | Price Elementary | 2011-2012 | Closure | 111 | 106 | 95.50% | TRUE |
| 104 | 609736 | Dyett High School | 2011-2012 | Phase Out | 318 | 309 | 97.17% | TRUE |
| 105 | 609702 | Crane Technical Preparatory High School | 2011-2012 | Phase Out | 476 | 461 | 96.85% | TRUE |
| 106 | 609775 | Altgeld | 2012-13 | Closure | 443 | 436 | 98.42% | TRUE |
| 107 | 610156 | Armstrong L. | 2012-13 | Closure | 98 | 95 | 96.94% | TRUE |
| 108 | 609781 | Attucks | 2012-13 | Closure | 275 | 273 | 99.27% | TRUE |
| 109 | 610265 | Banneker | 2012-13 | Closure | 337 | 332 | 98.52% | TRUE |
| 110 | 610365 | Bethune | 2012-13 | Closure | 377 | 373 | 98.94% | TRUE |
| 111 | 610161 | Bontemps | 2012-13 | Closure | 314 | 313 | 99.68% | TRUE |
| 112 | 610280 | Buckingham | 2012-13 | Closure | 35 | 34 | 97.14% | TRUE |
| 113 | 610243 | Calhoun North | 2012-13 | Closure | 314 | 312 | 99.36% | TRUE |
| 114 | 610018 | Canter Middle | 2012-13 | Closure | 228 | 210 | 92.11% | TRUE |
| 115 | 609881 | Delano | 2012-13 | Closure | 395 | 390 | 98.73% | TRUE |
| 116 | 610266 | Dumas | 2012-13 | Closure | 331 | 328 | 99.09% | TRUE |
| 117 | 609906 | Emmet | 2012-13 | Closure | 458 | 454 | 99.13% | TRUE |
| 118 | 609916 | Fermi | 2012-13 | Closure | 237 | 234 | 98.73% | TRUE |
| 119 | 400095 | Garfield Park Prep Acad | 2012-13 | Closure | 154 | 150 | 97.40% | TRUE |
| 120 | 610348 | Goldblatt | 2012-13 | Closure | 236 | 230 | 97.46% | TRUE |
| 121 | 609913 | Goodlow Magnet | 2012-13 | Closure | 378 | 361 | 95.50% | TRUE |
| 122 | 610240 | Henson | 2012-13 | Closure | 252 | 251 | 99.60% | TRUE |

School Action Demographics

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Board Action | Total Students | Number African American | Percent African American | Over 90%? |
| 123 | 609989 | Herbert | 2012-13 | Closure | 355 | 326 | 91.83% | TRUE |
| 124 | 610020 | Key | 2012-13 | Closure | 306 | 292 | 95.42% | TRUE |
| 125 | 610023 | King EL | 2012-13 | Closure | 284 | 219 | 77.11% | FALSE |
| 126 | 610028 | Kohn | 2012-13 | Closure | 390 | 387 | 99.23% | TRUE |
| 127 | 610031 | Lafayette | 2012-13 | Closure | 470 | 160 | 34.04% | FALSE |
| 128 | 610045 | Lawrence | 2012-13 | Closure | 398 | 389 | 97.74% | TRUE |
| 129 | 610241 | Marconi | 2012-13 | Closure | 233 | 233 | 100.00% | TRUE |
| 130 | 610058 | May | 2012-13 | Closure | 463 | 460 | 99.35% | TRUE |
| 131 | 610061 | Mayo | 2012-13 | Closure | 408 | 379 | 92.89% | TRUE |
| 132 | 610072 | Morgan | 2012-13 | Closure | 236 | 229 | 97.03% | TRUE |
| 133 | 610085 | Nr North SPED Ctr | 2012-13 | Closure | 90 | 61 | 67.78% | FALSE |
| 134 | 610277 | Overton | 2012-13 | Closure | 431 | 396 | 91.88% | TRUE |
| 135 | 609932 | Owens | 2012-13 | Closure | 328 | 322 | 98.17% | TRUE |
| 136 | 610273 | Paderewski | 2012-13 | Closure | 172 | 138 | 80.23% | FALSE |
| 137 | 610114 | Parkman | 2012-13 | Closure | 231 | 208 | 90.04% | TRUE |
| 138 | 610119 | Peabody | 2012-13 | Closure | 266 | 59 | 22.18% | FALSE |
| 139 | 610395 | Pershing W. Magnet | 2012-13 | Closure | 240 | 227 | 94.58% | TRUE |
| 140 | 610134 | Pope | 2012-13 | Closure | 184 | 165 | 89.67% | FALSE |
| 141 | 610320 | Roque De Duprey | 2012-13 | Closure | 92 | 27 | 29.35% | FALSE |
| 142 | 610150 | Ross | 2012-13 | Closure | 344 | 341 | 99.13% | TRUE |
| 143 | 610154 | Ryerson | 2012-13 | Closure | 399 | 388 | 97.24% | TRUE |
| 144 | 610169 | Sexton | 2012-13 | Closure | 359 | 354 | 98.61% | TRUE |
| 145 | 610160 | Songhai | 2012-13 | Closure | 317 | 304 | 95.90% | TRUE |
| 146 | 610187 | Stewart | 2012-13 | Closure | 256 | 125 | 48.83% | FALSE |
| 147 | 610189 | Stockton | 2012-13 | Closure | 475 | 250 | 52.63% | FALSE |
| 148 | 610205 | Trumbull | 2012-13 | Closure | 389 | 57 | 14.65% | FALSE |
| 149 | 610210 | Von Humboldt | 2012-13 | Closure | 362 | 163 | 45.03% | FALSE |
| 150 | 610224 | West Pullman | 2012-13 | Closure | 301 | 296 | 98.34% | TRUE |
| 151 | 610232 | Williams | 2012-13 | Closure | 256 | 251 | 98.05% | TRUE |
| 152 | 610336 | Williams Middle | 2012-13 | Closure | 127 | 126 | 99.21% | TRUE |
| 153 | 610285 | Woods | 2012-13 | Closure | 371 | 365 | 98.38% | TRUE |
| 154 | 610233 | Yale | 2012-13 | Closure | 186 | 185 | 99.46% | TRUE |
| 155 | | | | All Actions | 153 | 55,803 | 49,074 | 87.94% | 75.82% |
| 156 | | | | Closures & Phaseouts | 121 | 38,614 | 34,390 | 89.06% | |
| 157 | | | | Turnarounds | 26 | 15,489 | 13,844 | 89.38% | |
| 158 | | | | Consolidations | 6 | 1,700 | 840 | 49.41% | |