Receiving Schools 2013

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Total Students | Number African American | Percent African American | Over 90%? |
| 2 | 609791 | Bass | 2012-13 | 336 | 331 | 98.51% | **TRUE** |
| 3 | 610237 | Beethoven | 2012-13 | 389 | 371 | 95.37% | TRUE |
| 4 | 610242 | Brennemann | 2012-13 | 320 | 231 | 72.19% | FALSE |
| 5 | 609821 | Burnham | 2012-13 | 268 | 266 | 99.25% | TRUE |
| 6 | 610024 | Cardenas | 2012-13 | 657 | 5 | 0.76% | FALSE |
| 7 | 609826 | Castellanos | 2012-13 | 545 | 6 | 1.10% | FALSE |
| 8 | 610251 | Cather | 2012-13 | 237 | 230 | 97.05% | TRUE |
| 9 | 609852 | Chappell | 2012-13 | 493 | 24 | 4.87% | FALSE |
| 10 | 609854 | Chopin | 2012-13 | 267 | 22 | 8.24% | FALSE |
| 11 | 610355 | Courtenay | 2012-13 | 281 | 45 | 16.01% | FALSE |
| 12 | 610004 | Cullen | 2012-13 | 245 | 239 | 97.55% | TRUE |
| 13 | 609900 | Curtis | 2012-13 | 474 | 457 | 96.41% | TRUE |
| 14 | 610313 | De Diego | 2012-13 | 807 | 82 | 10.16% | FALSE |
| 15 | 610367 | DePriest | 2012-13 | 549 | 516 | 93.99% | TRUE |
| 16 | 610252 | Dett | 2012-13 | 202 | 199 | 98.51% | TRUE |
| 17 | 609894 | Drake | 2012-13 | 242 | 226 | 93.39% | TRUE |
| 18 | 610263 | Dulles | 2012-13 | 528 | 518 | 98.11% | TRUE |
| 19 | 609897 | Earle | 2012-13 | 358 | 348 | 97.21% | TRUE |
| 20 | 609904 | Ellington | 2012-13 | 337 | 319 | 94.66% | TRUE |
| 21 | 610055 | Faraday | 2012-13 | 184 | 181 | 98.37% | TRUE |
| 22 | 609919 | Fiske | 2012-13 | 220 | 217 | 98.64% | TRUE |
| 23 | 609943 | Gompers | 2012-13 | 246 | 245 | 99.59% | TRUE |
| 24 | 609954 | Gregory | 2012-13 | 330 | 324 | 98.18% | TRUE |
| 25 | 609808 | Haley | 2012-13 | 529 | 524 | 99.05% | TRUE |
| 26 | 609969 | Harte | 2012-13 | 328 | 260 | 79.27% | FALSE |
| 27 | 609971 | Harvard | 2012-13 | 441 | 435 | 98.64% | TRUE |
| 28 | 609985 | Hefferan | 2012-13 | 251 | 245 | 97.61% | TRUE |
| 29 | 610005 | Hughes C. | 2012-13 | 286 | 281 | 98.25% | TRUE |
| 30 | 610368 | Hughes L. | 2012-13 | 417 | 407 | 97.60% | TRUE |
| 31 | 610271 | Jensen Magnet | 2012-13 | 349 | 334 | 95.70% | TRUE |
| 32 | 610274 | Johnson | 2012-13 | 402 | 397 | 98.76% | TRUE |
| 33 | 610208 | Lavizzo | 2012-13 | 403 | 398 | 98.76% | TRUE |
| 34 | 610305 | Leland | 2012-13 | 170 | 167 | 98.24% | TRUE |
| 35 | 610290 | Mays | 2012-13 | 307 | 301 | 98.05% | TRUE |
| 36 | 610269 | McCutcheon | 2012-13 | 373 | 179 | 47.99% | FALSE |
| 37 | 610070 | McPherson | 2012-13 | 704 | 29 | 4.12% | FALSE |
| 38 | 610293 | Melody | 2012-13 | 293 | 285 | 97.27% | TRUE |
| 39 | 610276 | Mollison | 2012-13 | 237 | 233 | 98.31% | TRUE |
| 40 | 610075 | Montefiore | 2012-13 | 27 | 20 | 74.07% | FALSE |
| 41 | 609793 | Nicholson | 2012-13 | 469 | 466 | 99.36% | TRUE |
| 42 | 610107 | Otis | 2012-13 | 471 | 85 | 18.05% | FALSE |
| 43 | 610126 | Pershing E. Magnet | 2012-13 | 249 | 230 | 92.37% | TRUE |

Receiving Schools 2013

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Unit or School ID | Name | School Year | Total Students | Number African American | Percent African American | Over 90%? |
| 44 | 610142 | Ray | 2012-13 | 676 | 326 | 48.22% | FALSE |
| 45 | 610153 | Ryder | 2012-13 | 305 | 284 | 93.11% | TRUE |
| 46 | 610173 | Sherwood | 2012-13 | 312 | 304 | 97.44% | TRUE |
| 47 | 610530 | South Shore | 2012-13 | 308 | 300 | 97.40% | TRUE |
| 48 | 610202 | Tilton | 2012-13 | 303 | 300 | 99.01% | TRUE |
| 49 | 610213 | Wadsworth | 2012-13 | 251 | 247 | 98.41% | TRUE |
| 50 | 610133 | Ward L. | 2012-13 | 398 | 382 | 95.98% | TRUE |
| 51 | 610110 | Wells Prep | 2012-13 | 198 | 155 | 78.28% | FALSE |
| 52 | 610223 | Wentworth | 2012-13 | 333 | 323 | 97.00% | TRUE |
| 53 |  |  |  | 18,305 | 13,299 | 72.65% | 72.55% |