UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PATRICK QUINN, IRENE ROBINSON, ANTWAIN MILLER, MARC KAPLAN, CHRISTOPHER BALL, DANIEL MORALES-DOYLE, AND JITU BROWN<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO; JAMES MEEKS, STEVEN GILFORD, MELINDA LABARRE, CURT BRADSHAW, LULA FORD, CRAIG LINDVAHL, ELIGIO CERDA PIMENTEL, CESILIE PRICE, AND JOHN SANDERS, MEMBERS TO THE ILLINOIS STATE BOARD OF EDUCATION, IN THEIR OFFICIAL CAPACITIES, AND STATE OF ILLINOIS<br><br>Defendants. | Case No. 2016-cv- 9514<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Sheila Finnegan |

## STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Defendants James Meeks, Steven Gilford, Melinda LaBarre, Curt Bradshaw, Lula Ford, Craig Lindvahl, Eligio Cerda Pimentel, Cesilie Price, and John Sanders, the members of the Illinois State Board of Education, in their official capacities, and the State of Illinois (the "State Defendants"), by their attorney, Lisa Madigan, Illinois Attorney General, move for dismissal of Plaintiffs' claims against them for failure to state a claim, or in the alternative, for stay or dismissal of the claims against on abstention grounds. The grounds for this motion are set forth in State Defendants' Memorandum of Law in Support of their Motion to Dismiss Plaintiffs' Complaint and in Response to Plaintiffs' Motion for Preliminary Injunction, which they incorporate by reference.

| | |
|---|---|
| LISA MADIGAN<br>Attorney General of Illinois | Respectfully submitted,<br><br>/s/ *Sarah H. Newman*<br>SARAH H. NEWMAN<br>Assistant Attorney General<br>General Law Bureau<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>(312) 814-6131<br>snewman@atg.state.il.us |

<b><u>CERTIFICATE OF SERVICE</u></b>

      The undersigned attorney hereby certifies that the foregoing motion was filed through the Court's CM/ECF system on December 19, 2016. Parties of record may obtain a copy through the Court's CM/ECF system. The undersigned certifies that no party of record requires service of documents through any means other than the CM/ECF system.

                                                                            /s/ *Sarah H. Newman*