IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK QUINN, IRENE ROBINSON, ANTWAIN MILLER, MARC KAPLAN, DANIEL MORALES-DOYLE, and JITU BROWN, )<br><br>Plaintiffs, )<br><br>v. )<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO; JAMES MEEKS, SEVEN GILFORD, MELINDA LABARRE, CURT BRADSHAW, LULA FORD, CRAIG LINDVAHL, ELIGIO CERDA PIMENTEL, CESILIES PRICE, and JOHN SANDERS, members of the ILLINOIS STATE BOARD OF EDUCATION, in their official capacities; and THE STATE OF ILLINOIS, )<br><br>Defendant. ) | Case No. 16-cv-9514<br><br>The Honorable Elaine E. Bucklo |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Patrick Quinn, Irene Robinson, Antwain Miller, Marc Kaplan, Daniel Morales-Doyle, and Jitu Brown hereby appeal to the United States Court of Appeals for the Seventh Circuit from a Judgment entered on March 9th, 2017, in favor of Defendants, and also from the Order dated February 13th, 2017, granting Defendants' Motion to Dismiss Plaintiffs' Complaint.

Respectfully submitted,

Dated: March 15, 2016

By: /s/ Sean Morales-Doyle
    One of Plaintiffs' Attorneys

Thomas H. Geoghegan
Michael P. Persoon
Sean Morales-Doyle
Despres, Schwartz & Geoghegan, Ltd.
77 West Washington Street, Suite 711
Chicago, Illinois 60602
(312) 372-2511