# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 27, 2017

BEFORE

DIANE P. WOOD, Chief Judge

| No. 17-1565 | PATRICK QUINN, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>BOARD OF EDUCATION OF THE CITY OF CHICAGO, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-09514<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo ||

Upon consideration of the **MOTION OF DEFENDANT-APPELLEE BOARD OF EDUCATION OF THE CITY OF CHICAGO TO POSTPONE ORAL ARGUMENT**, filed on November 21, 2017, by counsel for Appellee Board of Education of the City of Chicago,

**IT IS ORDERED** that the motion is **GRANTED** and the oral argument in this appeal scheduled for January 9, 2018, is **VACATED**.


form name: **c7_Order_Arg_M_O_Vac**(form ID: **224**)