## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### FINAL JUDGMENT

April 10, 2018

| Before: | FRANK H. EASTERBROOK, *Circuit Judge* |
| --- | --- |
| | MICHAEL S. KANNE, *Circuit Judge* |
| | DIANE S. SYKES, *Circuit Judge* |

| No. 17-1565 | PATRICK QUINN, et al., Plaintiffs - Appellants<br><br>v.<br><br>STATE OF ILLINOIS and BOARD OF EDUCATION OF THE CITY OF CHICAGO, Defendants - Appellees |
| --- | --- |
| **Originating Case Information:** | |
| District Court No: 1:16-cv-09514<br>Northern District of Illinois, Eastern Division<br>District Judge Elaine E. Bucklo | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalJudgment**(form ID: **132**)